No. 4592.—RODRÍGUEZ AMIGÓ, aplte., *v.* VILLAFAÑA, aplda. —C. D. San Juan. Feb. 21, 1929. Celebrada la vista de esta apelación el 14 de febrero actual, versando los errores señalados sobre la apreciación de la prueba, siendo ésta contradictoria y habiendo la corte resuelto el conflicto en contra del demandante decidiendo no haber lugar a decretar el divorcio solicitado, sin que se haya demostrado que exista pasión, prejuicio o parcialidad o que se haya cometido error manifiesto, se declara sin lugar el recurso y se confirma la sentencia apelada.